UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SUSAN M. JORDAN,

    Plaintiff,

v.                                  Case No.: 08-60357

NCO FINANCIAL SYSTEMS, INC.

    Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc. ("Defendant" or "NCO"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to this case inclusive of attorney's fees and costs and are presently working on the final settlement and dismissal documents. Upon execution of the same, the parties will execute and file a joint stipulation for dismissal with prejudice.

    Submitted this 7th day of April 2008.

Respectfully Submitted,

/S/ Kenneth C. Grace -658464
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Elizabeth Fite Blanco, Esq.
Florida Bar No.: 0644439
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida  33634
Telephone No.: (813) 890-2465
Facsimile No.: (813) 889-9757

kgrace@sessions-law.biz  
eblanco@sessions-law.biz  
dvanhoose@sessions-law.biz  
Counsel for NCO

### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2008, a true and correct copy of the foregoing Notice was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Donald A. Yarbrough, Esq.  
2000 E. Oakland Park Blvd., Suite 105  
Fort Lauderdale, FL 33339

/S/ Kenneth C. Grace - 658464  
Attorney

N:\NCO\Jordan, Susan M. (6947-08-22698) SETTLED 4-3-08\Pleadings\Notice of Pending Settlement.doc