UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-60357-Civ-Hurley/Hopkins

SUSAN M. JORDAN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-60357-Civ-Hurley/Hopkins

SUSAN M. JORDAN,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on April 18, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                s/Donald A. Yarbrough
                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Kenneth C. Grace, Esq.
Sessions, Fishman & Nathan, LLP
Suite 300-S
9009 Corporate Lake Drive
Tampa, FL 33634
Telephone: 813-890-2465
Facsimile: 813-889-9757

Via Notices of Electronic Filing generated by CM/ECF