UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60357-CIV-HURLEY/HOPKINS

SUSAN M. JORDAN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**CLOSED CASE**

### ORDER OF CLOSE OUT

On April 18, 2008, plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [DE # 6]. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITH PREJUDICE**.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk of the Court shall enter the case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 21st day of April, 2008.

_____
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*